No. 768. GORDON *v.* GORDON ET AL. Probate Court of Massachusetts, Bristol County. Certiorari denied. *Samuel Abrams* for petitioner. *Lee M. Friedman* for respondents.

No. 773. TUBULAR SERVICE & ENGINEERING CO. ET AL. *v.* SUN OIL CO. C. A. 5th Cir. Certiorari denied. *Earl Babcock* and *Thomas O. Arnold* for petitioners. *James B. Simms* and *Frank S. Busser* for respondent.

No. 667. PETERSON ET AL. *v.* PHILLIPS PETROLEUM CO. C. A. 10th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Olin Wellborn, III,* for petitioners. *Rayburn L. Foster, Harry D. Turner* and *George L. Sneed* for respondent.

No. 735. FROMAN *v.* PAN AMERICAN AIRWAYS, INC. Court of Appeals of New York. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Michael Halperin* and *Irving Lemov* for petitioner. *William J. Junkerman* for respondent.

No. 161, Misc. BEECHER *v.* LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 464, Misc. HEIRENS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *John L. Davidson, Jr., Fred G. Leach* and *William C. Wines,* Assistant Attorneys General, for respondent.